UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MURAD WILLIAMS,

    Petitioner,                                    Civil No. 2:07-CV-15376
                                                   HONORABLE ARTHUR J. TARNOW

v.

THOMAS BIRKETT,

    Respondent,
_____/

## OPINION AND ORDER REVOKING PETITIONER'S PERSONAL RECOGNIZANCE BOND

On March 6, 2012, this Court ordered the Clerk of the Court to reopen the petition to the Court's active docket following the Sixth Circuit's remand to this Court for further proceedings. The Court also ordered that the Federal Defender Office be appointed again to represent petitioner. The Court ordered that petitioner be released on a personal recognizance bond during the pendency of these proceedings in the district court. Lastly, the Court set deadlines for the parties to file pleadings in this matter. On March 13, 2012, the Court denied respondent's motion for reconsideration.

Respondent has now filed a motion to revoke petitioner's bond. For the reasons that follow, the motion to revoke bond is GRANTED.

In her motion to revoke bond, respondent's counsel indicates that she was informed on March 14, 2012 that petitioner was charged on or about October 30, 2011 with armed robbery, carrying a concealed weapon, and felon in possession of a firearm, based on an incident that is alleged to have occurred in Detroit, Michgan on October 29,

1

*Williams v. Birkett,* U.S.D.C. 07-CV-15376 2011. Petitioner is currently incarcerated at the Wayne County Jail and is scheduled to go on trial on March 20, 2012. Much of this information was confirmed in an e-mail that petitioner's attorney, Loren Khogali, sent to chambers on March 13, 2012.

The Court will grant respondent's motion to revoke bond, because she has provided evidence which establishes that petitioner's release could pose a danger to the public. *Compare O'Brien v. O'Laughlin,* 130 S.Ct. 5, 7 (2009); *Miller v. Stovall*, 641 F. Supp. 2d 657, 670 (E.D. Mich. 2009).

## ORDER

IT IS HEREBY ORDERED that the motion to revoke bond [Dkt. # 51] is GRANTED.

S/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: March 19, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2012, by electronic and/or ordinary mail.

S/Catherine A. Pickles
Judicial Assistant

2